**STATE of Missouri, Respondent,**

v.

**Lavonnie HODGES, Appellant.**

**No. WD 38881.**

Missouri Court of Appeals, Western District.

July 21, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied Oct. 13, 1987.

**463**

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., Presiding, MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, first degree, in violation of § 569.-020, RSMo 1986, and armed criminal action, in violation of § 571.015.1, RSMo 1986.

Judgment affirmed. Rule 30.25(b).